UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DMCA Subpoena to Instagram, Inc. | Case No. __1:19mc00208__<br><br>**DECLARATION IN SUPPORT OF REQUEST FOR ISSUANCE OF 17 U.S.C. § 512(h) SUBPOENA** |

I, Ira J. Levy, declare as follows:

1. I am a partner at the law firm of Goodwin Procter LLP, and counsel for Hodinkee, Inc. ("Hodinkee") in the above-referenced matter. I make this declaration based upon matters within my own personal knowledge and, if called as a witness, I could and would competently testify to the matters set forth herein.

2. I make this declaration in support of Hodinkee's request for issuance of a subpoena pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"), to ascertain the identity or identities of alleged infringer(s) of copyrighted materials that are posted on Instagram, Inc.'s ("Instagram") website and/or accessible in Instagram's applications ("apps").

3. The purpose for which the DMCA Subpoenas are sought is to obtain the identity of the alleged infringer(s) and such information will be used only for the purpose of protecting rights under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of April, 2019 in New York, New York.

_____
IRA J. LEVY